Order filed December 9,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00319-CV 

                                                    __________

 

                               MONIKA
ROSE WELCH, Appellant

 

                                                             V.

 

                          CHRISTOPHER
PAUL WELCH, Appellee



 

                                  On
Appeal from the County Court at Law

                                                           Brown
County, Texas

                                                 Trial
Court Cause No. DV1004108

 



 

                                                                     O
R D E R

 

            Appellee,
Christopher Paul Welch, has filed a motion for stay of proceedings.  Appellee
filed for divorce and obtained a no-answer default judgment after appellant was
served in North Carolina.  Appellee has since been deployed and requests that
this appeal be stayed until June 2011 pursuant to 50 App. U.S.C. § 522 of the
Servicemembers Civil Relief Act.  Section 522 does not apply in this appeal
because it authorizes a stay “before final judgment” only and because
appellee’s inability to appear does not affect this appeal.  

The
motion is denied.

 

December 9, 2010                                                                               PER
CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.